# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Alexis Edelstein,<br><br>    Petitioner,<br><br>vs.<br><br>Tara Michelle Nelson,<br><br>    Respondent. | 2:25-cv-00003-GMN-MDC<br><br>**ORDER SETTING A HEARING ON MOTION TO DISMISS (ECF NO. 18) AND AN EVIDENTIARY HEARING** |

  The Court has reviewed the parties' proposed joint pretrial order (ECF No. 19). Petitioner Alexis Edelstein seeks the return of his infant son E.E. to Argentina under the 1980 Hague Convention on Civil Aspects of International Child Abduction ("Hague Convention") and the International Child Abduction Remedies Acts at 42 U.S.C. §§ 11601-11610 ("ICARA"). The Hague Convention requires the expeditious handling of proceedings for the return of minor children.

  IT IS ORDERED that:

1. The parties will appear in person for an evidentiary hearing and a hearing on the *Motion to Dismiss* ("Motion")(ECF No. 18) at **9:00 a.m. on March 24, 2025, in Courtroom 3B**. The parties' estimate one (1) day for the evidentiary hearing and shall manage the presentation of evidence, including any witnesses, accordingly.

**2.** The Court sua sponte SHORTENS the briefing schedule for the pending Motion as follows: <u>any opposition</u> is due **March 18, 2025** and <u>any reply</u>, which is optional, is due by **5:00 p.m., on March 21, 2025.**

3. Each party shall blindly file a pre-hearing Memorandum setting forth the parties' legal and factual arguments by **5:00 p.m., March 21, 2024**. The Memorandums shall address the

issues identified at Section V of the parties' Joint Pretrial Order (ECF No. 19) and must not be longer than 5 pages.

4. **By 10:00 a.m., March 21, 2024,** counsel must deliver to the chambers of the undersigned judge on the 4th Floor (Suite 4068) one copy of their exhibits in a three-ring binder for the Court's use. Counsel shall deliver (a) the original and two copies of a complete list of exhibits that will be offered into evidence at the evidentiary hearing, and (b) the original and two copies of a complete list of witnesses who will be called at the evidentiary hearing. The parties must also state, as part of their complete witness list, whether each witness will be appearing in-person or virtually. At the same time, each party shall serve copies of these lists on all other parties. For any witnesses that are identified as appearing virtually, Courtroom Deputy Tawnee Renfro will email zoom links to counsel at their email addresses of record, so that counsel can circulate the links and instructions to their witnesses.

5. The parties are responsible for providing any necessary interpreter/s and shall arrange for any such interpreter/s to be present in person at the March 24, 2025, evidentiary hearing.

6. All questions concerning the foregoing should be directed to Courtroom Deputy Tawnee Renfro at (702) 464-5427.

Dated: March 11, 2025.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge