UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALEXIS EDELSTEIN,<br><br>　　　　　　Petitioner,<br>vs.<br>TARA MICHELLE NELSON,<br><br>　　　　　　Respondent. | Case No.: 2:25-cv-00003-GMN-MDC<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

　　Pending before the Court is the Report and Recommendation ("R&R"), (ECF No. 53), from United States Magistrate Judge Maximiliano D. Couvillier, III, which recommends denying the Motion for Attorneys' Fees, (ECF No. 46), filed by Respondent Tara Michelle Nelson.

　　A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2.  Upon the filing of such objections, the Court must make a *de novo* determination of those portions to which objections are made if the Magistrate Judge's findings and recommendations concern matters that may not be finally determined by a magistrate judge. D. Nev. R. IB 3-2(b).  The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. R. IB 3-2(b).  Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985) (citing 28 U.S.C. § 636(b)(1)).  Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's R&R where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

　　Here, no objections were filed, and the deadline to do so has passed. (*See* R&R, ECF

1  No. 53) (setting a November 26, 2025 deadline for objections).

3     Accordingly,

4     **IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 53), is
5  **ACCEPTED and ADOPTED** in full.

6     **IT IS FURTHER ORDERED** that the Motion for Attorneys' Fees, (ECF No. 46), is
7  **DENIED**.

8     Dated this __3__ day of December, 2025.

                                                            _____
                                                            Gloria M. Navarro, District Judge
                                                            United States District Court